SEDGWICK, DETERT, MORAN & ARNOLD LLP
CHARLES T. SHELDON (Bar No. 155598)
charles.sheldon@sdma.com
KATHERINE P. GARDINER (Bar No. 215542)
katherine.gardiner@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for
GENERAL ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNIE D. PELFREY and JAN D. PELFREY, <br><br> Plaintiffs, <br><br> v. <br><br> FOSTER WHEELER, LLC, et al., <br><br> Defendants. | CASE NO. C 09-00902 EMC <br><br> **NOTICE OF LODGING [PROPOSED] ORDER GRANTING DEFENDANT GENERAL ELECTRIC COMPANY'S MOTION TO STAY ALL PROCEEDINGS PENDING A DECISION ON TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

Defendant GENERAL ELECTRIC COMPANY (hereinafter "GE") hereby lodges with the Court, in connection with GE's Motion to Stay All Proceedings Pending Transfer By the Judicial Panel on Multidistrict Litigation, the following proposed order granting GE's Motion.

DATED: March 12, 2009          SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Katherine P. Gardiner
Katherine P. Gardiner
Attorneys for Defendant
GENERAL ELECTRIC COMPANY

SEDGWICK, DETERT, MORAN & ARNOLD LLP
CHARLES T. SHELDON (Bar No. 155598)
charles.sheldon@sdma.com
KATHERINE P. GARDINER (Bar No. 215542)
katherine.gardiner@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for
GENERAL ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNIE D. PELFREY and JAN D. PELFREY,<br><br>Plaintiffs,<br><br>v.<br><br>FOSTER WHEELER, LLC, et al.,<br><br>Defendants. | CASE NO. C 09-00902 ~~EMC~~ MHP<br><br>[~~PROPOSED~~ ORDER] GRANTING DEFENDANT GENERAL ELECTRIC COMPANY'S MOTION TO STAY ALL PROCEEDINGS PENDING A DECISION ON TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION<br><br>Hearing Date: ~~April 22, 2009~~<br>Time: ~~10:30 am~~<br>Department: ~~C~~<br>~~Judge:~~ Hon. Edward M. Chen |

This matter is deemed submitted on the papers. ~~came on regularly for hearing on April 22, 2009, in Department C of the above-entitled Court, with counsel for plaintiffs and for defendants appearing~~. Based on the papers filed herein, and upon hearing of oral argument, and for good cause shown:

IT IS ORDERED that GE's Motion to Stay All Proceedings is GRANTED.

All proceedings in this asbestos action are hereby stayed, pending a decision on transfer by the Judicial Counsel on Multi-District Litigation.

Dated: 4/10/2009

_____
Judge Marilyn H. Patel

IT IS SO ORDERED
[signature]
Judge Marilyn H. Patel

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On the date executed below, I electronically served the document(s) via U.S. District Court – Northern District of California ECF website described as:

**NOTICE OF LODGING [PROPOSED] ORDER GRANTING DEFENDANT GENERAL ELECTRIC COMPANY'S MOTION TO STAY ALL PROCEEDINGS PENDING A DECISION ON TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**[PROPOSED ORDER] GRANTING DEFENDANT GENERAL ELECTRIC COMPANY'S MOTION TO STAY ALL PROCEEDINGS PENDING A DECISION ON TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

on the recipients designated on the Transaction Receipt located on the U.S. District Court – Northern District of California ECF website.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 13, 2009, at San Francisco, California.



Christine P. Tapang